This court's opinion "on return to remand" issued September 8, 1987, is hereby withdrawn and the following opinion is substituted therefor:
In accordance with our directions under Rule 10(f), Alabama Rules of Appellate Procedure, the circuit court supplemented the record with a transcript of a consolidation hearing. Such hearing was held on June 10, 1986, approximately four months before appellant's trial. Thus, the mandates of Rule 15.4, Alabama Temporary Rules of Criminal Procedure were met.
We have considered the other issues presented by appellant, but find them to be without merit.
EXTENDED OPINION WITHDRAWN; OPINION SUBSTITUTED; JUDGMENT AFFIRMED.
All the Judges concur.